UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:00-cr-34-02 SEB-MJD |
| vs. ) | 1:00-cr-84-01 SEB-MJD |
| ) | |
| JIMMY L. NAVE, ) | |
| ) | |
| Defendant. ) | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
(Docket Nos. 20 & 18)

The Court, having reviewed the Magistrate Judge's Report and Recommendation filed at Docket No. 20 in Cause No. 1:00-cr-34-02 and Docket No. 18 in Cause No. 1:00-cr-84-01 and observing that no party has objected to it within the time permitted, now adopts that Report and Recommendation as the ruling of this Court. Accordingly, Defendant's supervised release is **REVOKED** and he is sentenced to the custody of the Attorney General or his designee for a period of 24 months in Cause No. 1:00-cr-34-02 and 24 months in Cause No. 1:00-cr-84-01 to run concurrently (with no term of supervised release thereafter) to run consecutive to the executed sentence of 35 years incarceration that Defendant is currently serving upon his conviction in <u>State v. Jimmy Lee Nave, Jr.</u>, Cause No. 48C04-1302-FA-000409 in the Madison Circuit Court

IT IS SO ORDERED.

Date: 10/16/2013

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Electronically registered counsel of record via ECF.

USPO
Attn: Troy Adamson